# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>PORTRAIT INNOVATIONS, INC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-31455<br><br>(Jointly Administered) |

## NOTICE OF NAME AND ADDRESS OF REORGANIZED COMPANY

PLEASE TAKE NOTICE that the name of the Reorganized Company[2] is Portrait Studio LLC, a Delaware limited liability company. The Reorganized Company's address is:

Portrait Studio LLC
2016 Ayrsley Town Blvd.
Suite 200
Charlotte, NC 28273
Attn: John Grosso

PLEASE TAKE FURTHER NOTICE that, as set forth in the Notice of Effective Date, Fee Application Procedures, Administrative Claims Bar Date and Bar Date for Rejected Contracts and Leases, the Effective Date of the Plan was December 31, 2017. Upon the Effective Date, except as otherwise provided in the Plan or in any agreement, instrument or other document incorporated in the Plan, all property and assets (excluding the Administrative Claims Reserve, the Professional Fee Reserve, and the GUC Fund) of each Estate, including all Causes of Action, and any other assets or property acquired by any of the Debtors during the Chapter 11 Cases or under or in connection with the Plan vested in the Reorganized Company, free and clear of all Liens, Claims, charges, or other encumbrances.[3]  On the Effective Date, (i) the Executory Contracts and Unexpired Leases set forth on the Assumption Schedule attached as Exhibit A to the Confirmation Order were assumed and assigned to the Reorganized Company, and (ii) the Executory Contracts and Unexpired Leases set forth on the Assumption Schedule attached as Exhibit B to the Confirmation Order were, subject to the modification of the applicable

---

[1] The Debtors in these jointly administered cases are the following entities (the last four digits of their respective taxpayer identification numbers follow in parenthesis): Portrait Innovations, Inc. (9394) and Portrait Innovations Holding Company (5553).  The Debtors address is 2016 Ayrsley Town Center Boulevard, Suite 200, Charlotte, North Carolina, 28273.
[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [Docket No. 276] (the "Plan").
[3] See Findings of Fact, Conclusions of Law and Order Confirming Debtors Second Joint Chapter 11 Plan of Reorganization [Docket No. 284] (the "Confirmation Order") at ¶ 87.

{00308042 v 1 }

Executory Contract or Unexpired Lease as agreed to between the Debtors and the counterparties thereto, assumed and assigned to the Reorganized Company as so modified.[4]

This the 9th day of January, 2018.

          RAYBURN COOPER & DURHAM, P.A.

By:   /s/    John R. Miller, Jr
      John R. Miller, Jr.
      N.C. State Bar No. 28689
      Suite 1200, The Carillon
      227 West Trade Street
      Charlotte, NC  28202
      (704) 334-0891
      E-mail: jmiller@rcdlaw.net

*Counsel for Debtors and Debtors-in-Possession*

---

[4] See Confirmation Order at ¶ 98.

{00308042 v 1 }